**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION**

| | |
|---|---|
| John Daley, LLC and John Daley,         )<br>                                                             )<br>            Plaintiffs,                                 )<br>v.                                                        )<br>                                                             )<br>Gerald Nudo, *et al*.                           )<br>                                                             )<br>            Defendants.                           )    | Case No.: 1:21-cv-06067<br>Honorable Robert M. Dow Jr. |

**JOINDER TO DEFENDANT GERALD NUDO'S
MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

PLEASE TAKE NOTICE that Defendant Voshel Investments, LLC ("Voshel") hereby joins in Defendant Gerald Nudo's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(B)(6) filed on February 11, 2022. (Dkt. 14.)

                                                                            Respectfully submitted,

                                                                            VOSHEL INVESTMENTS LLC

                                                                            By:    */s/ Monte L. Mann*
                                                                                       One of Its Attorneys

Monte L. Mann (#6229771)
Joshua E. Liebman (#6283377)
Stephanie M. Moon (#6333095)
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois  60606
(312) 419-6900
*mmann@novackmacey.com*
*jliebman@novackmacey.com*
*smoon@novackmacey.com*

**CERTIFICATE OF SERVICE**

  Monte L. Mann, an attorney, hereby certifies that, on February 24, 2022, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                  */s/ Monte L. Mann*